# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN EDWARD WATKINS,

    Petitioner,

vs.

JAMES COX, et al.,

    Respondents.

Case No. 2:12-cv-01856-GMN-NJK

**ORDER**

    Petitioner has submitted a motion for reconsideration (#11) of the court's dismissal of this action as untimely. Petitioner expresses dissatisfaction with this court's ruling that the action is untimely. His contentions are more appropriate for appellate review than a motion for reconsideration. See McCarthy v. Mayo, 827 F.2d 1310, 1318 (9th Cir. 1987). See also Plotkin v. Pacific Tel. and Tel. Co., 688 F.2d 1291, 1293 (9th Cir. 1982).

    **IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration (#11) is **DENIED**.

    **DATED** this 10th day of July, 2014.

                                                Gloria M. Navarro, Chief Judge
                                               United States District Court